BROWN v. OWEN et al.

(Circuit Court of Appeals, Seventh Circuit. October 8, 1907.)

No. 1,378.

PATENTS—CONTRACT OF ASSIGNMENT—RIGHT OF ASSIGNEE TO IMPROVEMENT PATENTS.

A decree affirmed, which determined that, under a contract by which certain patents were assigned, the assignees were entitled to subsequent patents obtained by the assignor as improvement patents within the meaning of the contract.

Appeal from the Circuit Court of the United States for the Eastern Division of the Northern District of Illinois.

Dwight B. Cheever, for appellant.

Frank F. Brown, for appellees.

Before GROSSCUP, BAKER, and SEAMAN, Circuit Judges.

PER CURIAM. There is nothing in the record before us satisfying us, against the decree of the court below, that the patents subsequently taken out by appellant, the subject-matter of this bill, are not improvements of the patents assigned by appellant to appellees, within the meaning of the contract between appellant and appellees; and there is nothing in the record that satisfies us that there has been, on the part of appellees, any breach of such contract respecting such subsequent patents as would entitle appellant to the enjoyment of such patents, notwithstanding his contract with appellees.

The decree of the Circuit Court is, accordingly affirmed.